# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENISA WOOLFORD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HIGHGATE HOTELS, L.P., )<br>)<br>Defendant. ) | Case No. 1:21-CV-04277-SCJ-WEJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Benisa Woolford and Defendant Highgate Hotels, L.P., by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to the dismissal, <u>with prejudice</u>, of all Plaintiff's claims against Defendant. All parties shall bear their own costs, expenses, and attorneys' fees except as specifically and expressly agreed by the parties.

Respectfully submitted, this 8th day of March, 2022.

| | |
|---|---|
| */s/ Artur Davis* | */s/ Gregory Y. Shin* |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. |
| | |
| Artur Davis | Natalie N. Turner |
| (*admitted pro hac vice*) | Georgia Bar No. 719646 |
| adavis@hkm.com | natalie.turner@ogletree.com |
| 2024 3rd Ave. North, Suite 307 | Gregory Y. Shin |
| Birmingham, AL 35203 | Georgia Bar No. 446452 |
| Telephone: (205)881-0935 | gregory.shin@ogletree.com |
| | |
| Jermaine "Jay" Walker | One Ninety One Peachtree Tower |
| Georgia Bar No. 142044 | 191 Peachtree Street, N.E., Suite 4800 |
| jwalker@hkm.com | Atlanta, Georgia 30303 |
| 3355 Lenox Rd. NE, Suite 705 | Telephone: (404) 881-1300 |
| Atlanta, GA 30326 | |
| Telephone: (404) 301-4020 | |
| | |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENISA WOOLFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-CV-04277-SCJ-WEJ |
| ) | |
| HIGHGATE HOTELS, L.P., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I certify that on the 7th day of March, 2022, the foregoing **Joint Stipulation of Dismissal with Prejudice,** which was prepared using Times New Roman 14 point font in accordance with Local Rule 7.1D, was filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filling to all counsel of record in this matter.

Respectfully submitted, this 8th day of March, 2022.

*/s/Artur Davis*
Artur Davis
(*admitted pro hac vice*)

1